

INGBER & GELBER, LLP
Mark J. Ingber, Esq. (MI-9098)
181 Millburn Avenue-Suite 202
Millburn, New Jersey 07041
Tel:(973) 921-0080
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---

THE NAME VAULT, LLC, and
KTFA ENTERTAINMENT, INC.
          Plaintiffs,

vs.

LIBERATION ENTERTAINMENT, INC. and
NUTECH DIGITAL, INC.
          Defendants,

: Civil Action No.
: 2:07 Civ. 03639(DRD-ES)

**STIPULATED DISMISSAL WITHOUT PREJUDICE**

WHEREAS, The Name Vault, LLC and KTFA Entertainment, Inc. (collectively, "Plaintiffs") and Defendants Liberation Entertainment, Inc. and Nutech Digital, Inc. (collectively, the "Defendants") are the parties in the above captioned lawsuit;

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel, and the Defendants through their counsel, that the Defendants shall be dismissed without prejudice from Plaintiffs' Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

IT IS SO STIPULATED:

| | |
|---|---|
| G. WEBER LAW, LLC | INGBER & GELBER, LLP |
| *signature* | *signature* |
| Guido Stefan Weber, Esq. (GW-1692) | Mark J. Ingber, Esq. (MI-9098) |
| 188 Newark Pompton Tpke<br>Little Falls, NJ 07424<br>Attorneys for Defendant<br>Nutech Digital, Inc. | 181 Millburn Avenue<br>Millburn, New Jersey 07041<br>Attorneys for Plaintiffs, The Name Vault,<br>LLC and KTFA Entertainment, Inc. |
| Dated: 3/7/08 | Dated: March 7, 2008 |

SHEPPARD MULLIN, LLP

*signature*

Eric S. O'Connor
Sean Kirby (SK 9511)
30 Rockefeller Plaza
New York, NY 10112
Attorneys for Defendant
Liberation Entertainment, Inc.

Dated: 3/7/08

SO ORDERED:

*signature*

Hon. Dickinson R. Debevoise, USDJ

3/10/08